Rev. 7/10/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __12/14/12__   Judge __Buckles__   Case No. __4:12CR433CDP/FRB__

**UNITED STATES OF AMERICA v.** __Frank Zerjav Jr.__

Court Reporter __FTR__   Deputy Clerk __J.Jones__

Assistant United States Attorney(s) __James Crowe__

Attorney(s) for Defendant(s) __Matthew Jacober__

Interpreter _____   ☐ **SEALED PROCEEDING**

**Proceedings:**

- ☐ Initial Appearance
- ✖ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
- ☐ Bond Review
- ☐ Bond Execution/Appearance Bond
- ☐ Material Witness
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Revocation
- ☐ Probation
- ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conference

Parties present for hearing on __Arraignment__

__The defendant appears with counsel. The defendant is arraigned.__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

✖ Defendant arraigned   ✖ Waives reading of indictment/information   ☐ Matter taken under advisement

✖ Plea entered __not guilty__   Order on pretrial motions:   ✖ issued   ☐ to issue

☐ Oral Motion for Suppression   ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

☐ Remanded to custody   ✖ Released on bond

Next hearing date/time __1/16/13   @9:00AM__   Type of hearing __Evidentiary/pretial__   Before __FRB__

Proceeding commenced __9:04 am__   Proceeding concluded __9:10 am__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.