**Courtroom Minute Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**WAIVER OF INDICTMENT/PLEA PROCEEDINGS**

Date __12-20-12__   Case No. __4:12CR433 CDP__
UNITED STATES OF AMERICA vs. __Frank L. Zerjav, Jr.__
Judge __Perry__   Court Reporter __T. Hopwood__
Deputy Clerk __M Berg__   Interpreter _____
Assistant United States Attorney(s) __James Crowe, Jr.__
Attorney(s) for Defendant __Matthew Jacober__

**Arraignment/Waiver of Indictment/Plea:**
[✓] Defendant sworn. Defendant's age __39__ Education __Masters__
[ ] Defendant waives assistance of counsel [ ] Waiver filed
[ ] Defendant signs waiver of indictment and consents to proceed by information
[ ] Criminal [ ] superseding [ ] information [ ] indictment filed
[ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
[ ] Defendant enters a plea of [ ] GUILTY [ ] NOT GUILTY
   to counts_____ of the [ ] superseding [ ] indictment [ ] information
[ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
[✓] The Court finds the defendant competent to enter a plea of guilty.
[✓] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) __1-4__ of the [ ] superseding [ ] information [✓] indictment
[✓] Guilty Plea Agreement filed [ ] Guilty Plea Agreement filed under seal
[✓] Ordered that count(s) __5__ be held in abeyance until sentencing
[ ] Ordered that pending motions as to defendant_____ are denied as moot
[✓] Sentencing set __3-26-13__ at __1:30 pm__
[✓] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __3-5-13__
[ ] Defendant is remanded to custody [✓] Defendant is released on existing bond

Probation Officer __M. Rosenberg__

Proceedings commenced __11:00__ concluded at __11:55__