UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12 CR 433 CDP |
| | ) | |
| FRANK L. ZERJAV, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing as to defendant

**Frank L. Zerjav, Jr.** is set for **Tuesday, March 26, 2013 at 1:30 p.m.**  All

Objections to the presentence report must be filed no later than **March 5,**

**2013.**  If testimony is expected counsel must notify the court at least one

week before sentencing.

**IT IS FURTHER ORDERED** that the partes must file any sentencing

memoranda no later than **March 19, 2013** except that a response to a

sentencing memorandum may be filed no later than **March 21, 2013.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2012.